IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAKOTA HANCOCK,<br><br>Defendant. | **4:25CR3003**<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 65). Having reviewed the record in this case, the Court finds as follows:

1.      On January 9, 2026, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in an American Tactical GSG-522 rifle; Glock 48 handgun; Taurus Ultra-Lite revolver; Taurus Tracker revolver; Glock 19 handgun; Taurus Judge handgun, .38 special ammunition (229 rounds), .22 long rifle ammunition (458 rounds), 9mm ammunition (256 rounds), and .357 magnum ammunition (116 rounds). (Filing No. 49).

2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on January 16, 2026, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on March 19, 2026. (Filing No. 64).

3.      The United States advises the Court that no party has filed a petition regarding the subject Property.  From a review of the Court file, the Court finds that no person or entity has filed a petition.

4.      The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

1.      The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 65) is granted;

2.    All right, title and interest in and to the American Tactical GSG-522 rifle; Glock 48 handgun; Taurus Ultra-Lite revolver; Taurus Tracker revolver; Glock 19 handgun; Taurus Judge handgun, .38 special ammunition (229 rounds), .22 long rifle ammunition (458 rounds), 9mm ammunition (256 rounds), and .357 magnum ammunition (116 rounds) which was seized from the Defendant on or about July 18, 2024, held by any person or entity are forever barred and foreclosed;

3.    The American Tactical GSG-522 rifle; Glock 48 handgun; Taurus Ultra-Lite revolver; Taurus Tracker revolver; Glock 19 handgun; Taurus Judge handgun, .38 special ammunition (229 rounds), .22 long rifle ammunition (458 rounds), 9mm ammunition (256 rounds), and .357 magnum ammunition (116 rounds) are forfeited to the Government; and

4.    The Government is directed to dispose of the property in accordance with the law.

Dated this 19th day of March, 2026.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge

2